UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS ADAM COX,<br><br>    Petitioner,<br><br>v.<br><br>RALPH DIAZ,<br><br>    Respondent. | Case No. 19-cv-05996-JD<br><br>**ORDER OF DISMISSAL** |

This is a habeas case filed pro se by a state prisoner. In the initial review order the Court found that petitioner appeared to have presented a second or successive petition and the underlying claim failed to state a federal claim. The petition was dismissed with leave to amend to address these deficiencies. The time to amend has passed and petitioner has not filed an amended petition. This case is **DISMISSED** for the reasons set forth in the prior screening order. A certificate of appealability is **DENIED**.

**IT IS SO ORDERED.**

Dated: January 15, 2020

_____
JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS ADAM COX,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>RALPH DIAZ,<br><br>　　　　Defendant. | Case No. 19-cv-05996-JD<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 15, 2020, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Nicholas Adam Cox ID: AU6159
Pleasant Valley State Prison
P.O. Box 8500
Coalinga, CA 93210

Dated: January 15, 2020

　　　　　　　　　　　　　　　　　　Susan Y. Soong
　　　　　　　　　　　　　　　　　　Clerk, United States District Court

　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　LISA R. CLARK, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　Honorable JAMES DONATO